# IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR ALEJANDRO CLEMENTE-PEREZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 79909

FILED

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on May 18, 2017, and the amended judgment of conviction on October 5, 2017. Appellant did not file the notice of appeal, however, until October 17, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-48084

cc: Hon. Kimberly A. Wanker, District Judge
Cesar Alejandro Clemente-Perez
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A